**FILED**

SEP 0 8 2025

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2

3

4

5                  **UNITED STATES DISTRICT COURT**

6                  **SOUTHERN DISTRICT OF CALIFORNIA**

7   UNITED STATES OF AMERICA,          Case No.: 22-CR-00882-TWR

8               Plaintiff,         **ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**

9     v.

10

11   LEONARD LEE CANTLEY (5),        Defendant.

12

13

14      Upon motion of the United States of America and pursuant to Rule

15 48(a) of the Federal Rules of Criminal Procedure,

16      IT IS HEREBY ORDERED that the INDICTMENT in the above-entitled

17 case is dismissed as to Defendant Cantley only without prejudice. The

18 warrant issued on 6/21/2022 is recalled.

19      IT IS SO ORDERED AND ADJUDGED.

20 DATED: 9/8/25

21

22

23                              _____

HONORABLE TODD W. ROBINSON
United States District Judge

24

25

26

27

28